[No. 17863-3-III.    Division Three.    September 21, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDALL GENE THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 98-1-00014-1, Larry M. Kristianson, J., entered September 4, 1998. *Affirmed in part* and *remanded* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 18033-6-III.    Division Three.    September 21, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ALFRED DEAN MORGAN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 98-1-01585-9, James P. Hutton, J., entered January 4, 1999. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 16573-6-III.    Division Three.    September 23, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH H. YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 96-1-00682-9, F. James Gavin, J., entered April 8, 1997. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Kato, J.

[No. 17124-8-III.    Division Three.    September 23, 1999.]

THE STATE OF WASHINGTON, *Appellant*, v. JUAN MERAZ ZAMORA, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-01441-8, Paul A. Bastine, J., entered November 25, 1997. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Sweeney and Kato, JJ.